**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ACKERMAN FINANCE, INC.**                                                              **PLAINTIFF**

**V.**                                                                  **NO. 1:23-CV-70-DMB-DAS**

**UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.**                                                              **DEFENDANTS**

**ORDER OF RECUSAL**

The undersigned district judge recuses herself from this case. The Clerk of Court is

directed to reassign this case to another district court judge.

**SO ORDERED**, this 5th day of May, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**